ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
ALEXANDER A. BUSTAMANTE (Cal. State Bar No. 192373)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3176
    Facsimile: (213) 894-6269
    E-mail: alex.bustamante@usdoj.gov
JENNIFER L. WAIER (Cal. State Bar No. 209813)
IVY A. WANG (Cal. State Bar No. 224899)
Assistant United States Attorneys
    Ronald Reagan Federal Bldg. & U.S. Dist. Courthouse
    411 West Fourth Street, 8th Floor
    Santa Ana, California 92701
    Telephone: (714) 338-3549
    Facsimile: (714) 338-3561
    Email: jennifer.waier@usdoj.gov
          ivy.wang@usdoj.gov

Attorney for Plaintiff
United States of America

**FILED - SOUTHERN DIVISION**
**CLERK, U.S. DISTRICT COURT**
**MAY - 5 2011**
**CENTRAL DISTRICT OF CALIFORNIA**
**BY ___ DEPUTY**

**UNDER SEAL**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY PROCEEDING | Case No. SACM 11-18 <br><br> [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO QUASH GRAND JURY SUBPOENA ISSUED TO TARGET'S ATTORNEY <br><br> **UNDER SEAL** |

IT IS HEREBY ORDERED that the briefing schedule set by the Court for the Motion to Quash Grand Jury Subpoena Issued to Target's Attorney is vacated, and a new briefing schedule is set as follows: the government's response is due on May 9, 2011 and any reply is due on May 13, 2011.

1 | IT IS FURTHER ORDERED that if the Court determines that a
2 | hearing is necessary on this matter, such hearing will occur on
3 | May 16, 2011 at 2:00 p.m.
4 | May 5, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE